UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
                                                                        CASE NO.:   03-00693-JAF  
WILLIAM ARBAN                                   ADV. NO.:   07-23  
TARA ZISK ARBAN  
                                Debtors./  
DOREEN ABBOTT, AS TRUSTEE OF THE  
ESTATE OF WILLIAM ARBAN  
TARA ZISK ARBAN  
                                Plaintiff,  
vs.  

WILLIAM ARBAN  
TARA ZISK ARBAN  
                                Defendants./

### MOTION FOR DEFAULT

     The Trustee, Doreen Abbott, of the Estate of WILLIAM ARBAN and TARA ZISK ARBAN, having duly served copies of the summons and Complaint upon the defendants by U.S. Mail on February 6, 2007, pursuant to Federal Rule of Bankruptcy Procedure 7004(b), moves for entry of a default against the defendants, WILLIAM ARBAN and TARA ZISK ARBAN, for their failure to file or serve an answer, motion or other defensive pleading within the time prescribed by law. Furthermore, the Court entered an Order Denying Defendants' Motion to Dismiss on April 4, 2007, giving the Defendants an additional fifteen (15) days to file an answer, and no answer has been filed. No extension of time has been sought or obtained by the defendants.

     Dated:  May 7, 2007

     I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, or via electronic delivery after the docketing of the pleading if the recipient is a CM/ECF user, this 7 day of May, 2007:

William Arban and Tara Zisk Arban, 3007 Ocean Drive South, Jacksonville Beach, FL 32250  
Wendell Finner, 234 9th Avenue South, Jacksonville Beach, FL 32250  
Office of United States Trustee (via Electronic Delivery by Court after docketing of pleading)

                                                        /s/ Doreen Abbott  
                                                        Post Office Box 56257  
                                                        Jacksonville, FL 32241-6257  
                                                        (904) 886-9459  
                                                        Plaintiff/Trustee