UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                         CASE NO.:   03-00693-JAF
                                               ADV. NO.:   07-23
WILLIAM ARBAN
TARA ZISK ARBAN
_____ Debtors./
DOREEN ABBOTT, AS TRUSTEE OF THE
ESTATE OF WILLIAM ARBAN
TARA ZISK ARBAN
                    Plaintiff,
vs.

WILLIAM ARBAN
TARA ZISK ARBAN
_____ Defendants./

## AFFIDAVIT IN SUPPORT OF ALLEGATIONS
## SET FORTH IN THE COMPLAINT

STATE OF FLORIDA
COUNTY OF DUVAL

BEFORE ME, the undersigned authority, on this day personally appeared Doreen Abbott, who after being duly sworn, deposes and says:

1. That she is over the age of eighteen (18) years of age, that she is the duly appointed Trustee of the Estate of WILLIAM ARBAN and TARA ZISK ARBAN, and that she makes this Affidavit on her own personal knowledge.
2. On June 28, 2004, the Court entered its Order Sustaining Trustee's Objections to Exemptions, a copy of which is attached as Exhibit "A".
3. The Order required the defendants to pay the estate the sum of $7,000 in monthly payments of $583.34 commencing April 15, 2004, and continuing each month until paid in full.
4. Prior to the filing of this proceeding, defendants paid $3,333.34 to the plaintiff pursuant to the Order.
5. Subsequent to the filing of this proceeding, defendants have not made any further payments.
6. That attached as Exhibit "B" is a copy of the Trustee's Record of Receipts and Disbursements as maintained in this case.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DOREEN ABBOTT, TRUSTEE

The foregoing Affidavit was acknowledged before me this 7th day of May, 2007, by Doreen Abbott, who is personally known to me.


Notary Public State of Florida
Beverly J Holtz
My Commission DD639847
Expires 02/17/2011

_____
Notary Public
[SEAL]

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, or via electronic delivery after the docketing of the pleading if the recipient is a CM/ECF user, this 7th day of May, 2007:

William Arban and Tara Zisk Arban, 3007 Ocean Drive South, Jacksonville Beach, FL 32250
Wendell Finner, 234 9th Avenue South, Jacksonville Beach, FL 32250
Office of United States Trustee (via Electronic Delivery by Court after docketing of pleading)

_____
Doreen Abbott, Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                  Case No: 03-00693-3F7

WILLIAM ARBAN
TARA ZISK ARBAN
_____ Debtors./

**ORDER SUSTAINING TRUSTEE'S OBJECTIONS
TO DEBTORS' CLAIM OF EXEMPTIONS**

FILED
JACKSONVILLE, FLORIDA
JUN 2 8 2004
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

This case is before the court on the Trustee's Objections to the Debtors' Claim of Exemptions. Upon consent of the Trustee and Debtors, it is ORDERED:

1. The Trustee's Objections to the Debtors' Claim of Exemptions are sustained.

2. The Debtors shall purchase the estate's interest in the non-exempt property as listed on Schedule C at a private sale for the sum of $7,000 payable at the rate of $583.34 per month, commencing August 15, 2004, and continuing each month until paid in full. Payments shall be made by check or money order to Doreen Abbott, as Trustee, and mailed to Post Office Box 56257, Jacksonville, Florida 32241-6257.

3. The Debtors shall forthwith provide the Trustee proof that the tangible personal property and motor vehicle, if applicable, are insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue so long as there remain any sums unpaid under this Order.

4. The Trustee shall comply with the provisions of §363(b) of the Bankruptcy Code. This sale is subject to notice to all creditors pursuant to Federal Rule of Bankruptcy Procedure 2002, and no objections being filed.

Dated at Jacksonville, Florida this 28 day of _____, 2004.

JERRY A. FUNK
United States Bankruptcy Judge

Trustee and Debtors hereby consent to the entry of the above order.

Doreen Abbott                                    Wendell Finner, Fla Bar No 93882
Post Office Box 56257                            206A 15th Avenue South
Jacksonville, FL 32241-6257                      Jacksonville Beach, FL 32250
(904) 886-9459                                   Florida Bar No.: 93882
Trustee                                          (904) 242-7070
                                                 Attorney for Debtors

Copies furnished to:
Debtors
Debtors' Attorney
Doreen Abbott, Trustee
Office of United States Trustee

EXHIBIT "A"

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 03-00693 JAF Judge: JERRY A. FUNK | Trustee Name: | Doreen Abbott |
|---|---|---|---|
| Case Name: | ARBAN, WILLIAM / ARBAN, TARA ZISK | Date Filed (f) or Converted (c): | 01/24/03 (f) |
| | | 341(a) Meeting Date: | 03/07/03 |
| For Period Ending: | 05/07/07 | Claims Bar Date: | 06/05/03 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br>12465 STEVENS CREEK DRIVE, ALPHARETTA, GA 30005 | 279,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT<br>FIRST UNION #1080001652285 | 105.84 | 0.00 | DA | 0.00 | FA |
| 4. SAVINGS ACCOUNT<br>FIRST UNION #3000032427331 | 100.93 | 0.00 | DA | 0.00 | FA |
| 5. SECURITY DEPOSITS<br>CITY OF JACKSONVILLE BEACH | 125.00 | 0.00 | DA | 0.00 | FA |
| 6. SECURITY DEPOSITS<br>WITH LANDLORD, ROBERT GROVENSTEIN | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS<br>ESTIMATED TRUSTEE VALUE ONLY<br>TRUSTEE VALUE CHANGED TO $3,000 | 3,745.00 | 4,000.00 | | 3,000.00 | FA |
| 8. PIANO<br>TRUSTEE VALUE CHANGED TO $4,000 BASED UPON INFORMATION FROM DEBTORS' ATTORNEY REGARDING ISSUE WITH SECURITY INTEREST IN PIANO<br>SUBJECT OF ADVERSARY PROCEEDING #04-236 FILED 7/7/04 | 4,500.00 | 0.00 | | 333.34 | 3,666.66 |
| 9. CLOTHING<br>ESTIMATED TRUSTEE VALUE ONLY | 1,168.00 | 500.00 | DA | 0.00 | FA |
| 10. STOCK<br>47,000 SHARES IN SOURCE ALPHARETTA INC.<br>ESTIMATED TRUSTEE VALUE ONLY | 0.00 | 1,000.00 | DA | 0.00 | FA |
| 11. CLAIM<br>AGAINST CITIFINANCIAL FOR VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT<br>COST TO PURSUE OUTWEIGHS BENEFIT | Unknown | 0.00 | DA | 0.00 | FA |
| 12. CLAIM<br>RE DECEPTIVE TRADE PRACTICES CLAIM AGAINST BUDGET RIGHT DEBT MANAGEMENT, P.O. BOX 262, SYOSSET, NY 11791<br>COST TO PURSUE OUTWEIGHS BENEFIT | 1,464.00 | 0.00 | DA | 0.00 | FA |
| 13. DOGS (3) | 15.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 55.15 | Unknown |

TOTALS (Excluding Unknown Values)      $  291,243.77      $  5,500.00      $  3,388.49

Value of Remaining Assets
$3,666.66
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PFORM1                                            Exhibit B                                            Ver: 12.10

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 03-00693 JAF Judge: JERRY A. FUNK | Trustee Name: Doreen Abbott |
| Case Name: ARBAN, WILLIAM | Date Filed (f) or Converted (c): 01/24/03 (f) |
| ARBAN, TARA ZISK | 341(a) Meeting Date: 03/07/03 |
| | Claims Bar Date: 06/05/03 |

NO ATTORNEY EMPLOYED YET
REQUEST FOR ASSET NOTICE TO COURT 4/2/03
OBJECTIONS TO EXEMPTIONS TO COURT 4/2/03
MOTION FOR TURNOVER OF SOURCE ALPHARETTA INC STOCK TO COURT 4/2/03
ORDER EMPLOYING PATRICIA BONEY AS APPRAISER FOR ESTATE SIGNED 5/7/03
CLAIMS REVIEWED; OBJECTIONS IF ANY TO BE DEALT WITH ON TFR
COST TO PURSUE CLAIMS LISTED ON SCHEDULES WOULD OUTWEIGH BENEFIT
11/17/03 APPRAISAL TO ATTORNEY WITH COVER LETTER REQUESTING HIM TO REVIEW WITH CLIENTS AND CONTACT ME
ATTORNEY REQUESTED OPPORTUNITY TO REVIEW WITH CLIENT BEFORE SETTING FOR HEARING
ATTORNEY WILL BE IN CONTACT WITH HIS CLIENTS AFTER HOLIDAYS AND CONTACT TRUSTEE WITH POSSIBLE SETTLEMENT OFFER

NOTICE OF HEARING ON OBJECTIONS TO EXEMPTIONS SET FOR 7/7/04 TO COURT 6/1/04
TELEPHONE CALL FROM ATTORNEY FINNER; ADVISING OF ISSUE WITH PIANO
MR. FINNER SUGGESTS THAT SECURITY INTEREST IN PIANO MAY BE NON-EXISTENT BECAUSE CREDITOR DID NOT TIMELY PERFECT ITS INTEREST
ADVISED MR. FINNER IF SECURITY INTEREST WAS NOT PERFECTED, THEN ESTATE WOULD RETAIN INTEREST IN PIANO AND CLIENTS WOULD NEED TO REPURCHASE FROM ESTATE

CONSENT ORDER ON EXEMPTIONS FOR $7,000 @ $583.34 BEG 8/15/04 SIGNED 6/28/04
TRUSTEE'S NOTICE OF PRIVATE SALE SERVED 7/8/04

7/7/04 ADVERSARY PROCEEDING FILED # 04-236; NOTICE OF REMOVAL FILED BY DEFENDANT (RECOVER MONEY OR PROPERTY).; ALLEGRO ACCEPTANCE CORP. VS. WILLIAM ARBAN
STATUS CONFERENCE SET FOR 9/14/04 @ 9:00 A.M. IN ADVERSARY PROCEEDING
12/23/04 ORDER GRANTING MOTION FOR REMAND TO STATE COURT TO RECOVER PROPERTY
DELINQUENCY LETTER TO DEBTORS

08/23/05 TELEPHONE CALL FROM DEBTORS' ATTORNEY REGARDING OUTSTANDING BALANCE; HE ADVISES THAT ALLEGRO WON CASE IN STATE COURT AND DEBTORS NO LONGER HAVE PIANO; ADVISED MR. FINNER THAT ESTATE TAKES THE POSITION THAT THE SALE OF THE PIANO WAS FOR WHATEVER INTEREST THE ESTATE HAD IN THE PIANO AND THAT REGARDLESS OF WHAT HAPPENED IN STATE COURT, DEBTORS STILL NEED TO PAY ESTATE
MR. FINNER INDICATED THAT HE WOULD BE FILING MOTION TO CONSIDER SALE COMPLETE WITH COURT
FINAL DELINQUENCY LETTER TO DEBTORS 6/30/05

COMPLAINT TO REVOKE DISCHARGE FILED 1/27/07; ADV. #07-23
SUMMONS SERVED 2/6/07
MOTION TO DISMISS FILED BY DEFENDANTS
RESPONSE TO MOTION TO DISMISS FILED
ORDER DENYING MOTION TO DISMISS SIGNED 4/4/07
DEFENDANTS GIVEN 15 ADDITIONAL DAYS TO FILE ANSWER
STATUS CONFERENCE SET FOR 5/8/07 @ 9:00 A.M.

Initial Projected Date of Final Report (TFR): 07/01/04     Current Projected Date of Final Report (TFR): 07/01/07

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 03-00693 -JAF | Trustee Name: | Doreen Abbott |
|---|---|---|---|
| Case Name: | ARBAN, WILLIAM | Bank Name: | BANK OF AMERICA, N.A. |
|  | ARBAN, TARA ZISK | Account Number / CD #: | *******9068 BofA - Money Market Account |
| Taxpayer ID No: | *******6432 |  |  |
| For Period Ending: | 05/07/07 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/23/04 |  | WILLIAM ARBAN<br>3007 OCEAN DRIVE SOUTH<br>JACKSONVILLE BEACH, FL 32250 | EXTENDED SALE AGREEMENT | 583.34 |  | 583.34 |
| 08/23/04 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $583.34 |  |  | 583.34 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.01 |  | 583.35 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.05 |  | 583.40 |
| 10/04/04 |  | WILLIAM ARBAN<br>3007 OCEAN DRIVE SOUTH<br>JACKSONVILLE BEACH, FL 32250 |  | 250.00 |  | 833.40 |
| 10/04/04 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $250.00 |  |  | 833.40 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.06 |  | 833.46 |
| 11/01/04 |  | WILLIAM ARBAN<br>3007 OCEAN DRIVE SOUTH<br>JACKSONVILLE BEACH, FL 32250 | EXTENDED SALE AGREEMENT | 250.00 |  | 1,083.46 |
| 11/01/04 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $250.00 |  |  | 1,083.46 |
| 11/29/04 |  | WILLIAM H. ARBAN | EXTENDED SALE AGREEMENT | 250.00 |  | 1,333.46 |
| 11/29/04 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $250.00 |  |  | 1,333.46 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.09 |  | 1,333.55 |
| 12/23/04 |  | WILLIAM H. ARBAN | EXTENDED SALE AGREEMENT | 250.00 |  | 1,583.55 |
| 12/23/04 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $250.00 |  |  | 1,583.55 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.11 |  | 1,583.66 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.13 |  | 1,583.79 |
| 02/01/05 |  | WILLIAM H. ARBAN | EXTENDED SALE AGREEMENT | 250.00 |  | 1,833.79 |
| 02/01/05 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $250.00 |  |  | 1,833.79 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 0.35 |  | 1,834.14 |
| 03/01/05 |  | WILLIAM H. ARBAN | EXTENDED SALE AGREEMENT | 250.00 |  | 2,084.14 |
| 03/01/05 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $250.00 |  |  | 2,084.14 |
| 03/11/05 |  | Doreen Abbott<br>Bankruptcy Trustee<br>P. O. Box 56257<br>Jacksonville, FL 32241-6257 | BOND PREMIUM |  | 1.90 | 2,082.24 |
| 03/28/05 |  | WILLIAM ARBAN | EXTENDED SALE AGREEMENT | 250.00 |  | 2,332.24 |
| 03/28/05 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $250.00 |  |  | 2,332.24 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.44 |  | 2,332.68 |
| 04/28/05 |  | WILLIAM H. ARBAN | EXTENDED SALE AGREEMENT | 250.00 |  | 2,582.68 |
| 04/28/05 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $250.00 |  |  | 2,582.68 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 0.47 |  | 2,583.15 |
| 05/25/05 |  | WILLIAM H. ARBAN | EXTENDED SALE AGREEMENT | 250.00 |  | 2,833.15 |
| 05/25/05 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $250.00 |  |  | 2,833.15 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.56 |  | 2,833.71 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 0.58 |  | 2,834.29 |
| 07/11/05 |  | WILLIAM H. ARBAN | EXTENDED SALE AGREEMENT | 250.00 |  | 3,084.29 |
| 07/11/05 | 7 | Asset Sales Memo: | HOUSEHOLD GOODS $166.66 |  |  | 3,084.29 |
| 07/11/05 | 8 | Asset Sales Memo: | PIANO $83.34 |  |  | 3,084.29 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 0.63 |  | 3,084.92 |
| 08/15/05 |  | WILLIAM H. ARBAN | EXTENDED SALE AGREEMENT | 250.00 |  | 3,334.92 |
| 08/15/05 | 8 | Asset Sales Memo: | PIANO $250.00 |  |  | 3,334.92 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1.63 |  | 3,336.55 |

PFORM2

Ver: 12.10

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 03-00693 -JAF | | Trustee Name: | Doreen Abbott |
| --- | --- | --- | --- | --- |
| Case Name: | ARBAN, WILLIAM | | Bank Name: | BANK OF AMERICA, N.A. |
| | ARBAN, TARA ZISK | | Account Number / CD #: | *******9068 BofA - Money Market Account |
| Taxpayer ID No: | *******6432 | | | |
| For Period Ending: | 05/07/07 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1.65 | | 3,338.20 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1.70 | | 3,339.90 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1.65 | | 3,341.55 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1.70 | | 3,343.25 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1.71 | | 3,344.96 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.38 | | 3,347.34 |
| 03/02/06 | | Doreen Abbott<br>Bankruptcy Trustee<br>P. O. Box 56257<br>Jacksonville, FL 32241-6257 | BOND PREMIUM | | 3.39 | 3,343.95 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.84 | | 3,346.79 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.75 | | 3,349.54 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.85 | | 3,352.39 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 2.76 | | 3,355.15 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.85 | | 3,358.00 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.85 | | 3,360.85 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.76 | | 3,363.61 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.86 | | 3,366.47 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.77 | | 3,369.24 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.86 | | 3,372.10 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.87 | | 3,374.97 |
| 02/13/07 | | Doreen Abbott<br>Bankruptcy Trustee<br>P. O. Box 56257<br>Jacksonville, FL 32241-6257 | BOND PREMIUM | | 3.74 | 3,371.23 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.59 | | 3,373.82 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.86 | | 3,376.68 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 2.78 | | 3,379.46 |

Total Of All Accounts   3,379.46

PFORM2

Ver: 12.10