UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO.: 03-00693-JAF
ADV. NO.: 07-23

WILLIAM ARBAN
TARA ZISK ARBAN,
_____ Debtors./

DOREEN ABBOTT, AS TRUSTEE OF THE
ESTATE OF WILLIAM ARBAN
TARA ZISK ARBAN
                    Plaintiff,

vs.

WILLIAM ARBAN
TARA ZISK ARBAN
_____ Defendants./

### AFFIDAVIT OF NON-MILITARY SERVICE

STATE OF FLORIDA
COUNTY OF DUVAL

BEFORE ME, the undersigned authority, on this day personally appeared Doreen Abbott, who after being duly sworn, deposes and says:

1. That she is over the age of eighteen (18) years of age, that she is the duly appointed Trustee of the Estate of WILLIAM ARBAN and TARA ZISK ARBAN, and that she makes this Affidavit on her own personal knowledge.
2. Either during the initial conference or at the meeting of creditors conducted on March 7, 2003, the defendants/debtors, WILLIAM ARBAN and TARA ZISK ARBAN, denied being in the military service of the United States of America.
3. To the best of the Affiant's own personal knowledge, the defendants/debtors, WILLIAM ARBAN and TARA ZISK ARBAN, are not in the military service of the United States of America at this time.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DOREEN ABBOTT, TRUSTEE

The foregoing Affidavit was acknowledged before me this 7th day of May, 2007, by Doreen Abbott, who is personally known to me.


Notary Public State of Florida
Beverly J Holtz
My Commission DD639847
Expires 02/17/2011

_____
Notary Public
[SEAL]

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, or via electronic delivery after the docketing of the pleading if the recipient is a CM/ECF user, this 7th day of May, 2007:

William Arban and Tara Zisk Arban, 3007 Ocean Drive South, Jacksonville Beach, FL 32250
Wendell Finner, 234 9th Avenue South, Jacksonville Beach, FL 32250
Office of United States Trustee (via Electronic Delivery by Court after docketing of pleading)

_____
Doreen Abbott, Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                             CASE NO.:   03-00693-JAF
                                                   ADV. NO.:   07-23
WILLIAM ARBAN
TARA ZISK ARBAN
_____Debtors./
DOREEN ABBOTT, AS TRUSTEE OF THE
ESTATE OF WILLIAM ARBAN
TARA ZISK ARBAN
                        Plaintiff,
vs.

WILLIAM ARBAN
TARA ZISK ARBAN
_____Defendants./

### MOTION FOR JUDGMENT BY DEFAULT

The Plaintiff, Doreen Abbott, as Trustee of the Estate of WILLIAM ARBAN and TARA ZISK ARBAN, pursuant to Bankruptcy Rule 7012, Rule 55 of the Federal Rules of Civil Procedure, and M.D. FLA. L.B.R. 7055-2, moves for entry of a judgment by default against the defendants, WILLIAM ARBAN and TARA ZISK ARBAN, and as grounds therefore states that she has simultaneously filed her Motion for Default, Affidavit in Support of the Allegations of the Complaint, and Affidavit of Non-Military Service.

WHEREFORE, the Plaintiff respectfully requests this Court enter a judgment by default revoking the defendants' discharge pursuant to the provisions of 11 U.S.C. §§727 (d)(3) and 727(a)(6).

Dated this ___ day of May, 2007.

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, or via electronic delivery after the docketing of the pleading if the recipient is a CM/ECF user, this ___ day of May, 2007:

William Arban and Tara Zisk Arban, 3007 Ocean Drive South, Jacksonville Beach, FL 32250
Wendell Finner, 234 9th Avenue South, Jacksonville Beach, FL 32250
Office of United States Trustee (via Electronic Delivery by Court after docketing of pleading)

/s/ Doreen Abbott
Post Office Box 56257
Jacksonville, FL 32241-6257
(904) 886-9459
Plaintiff/Trustee