UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          CASE NO.:    03-00693-JAF
                                                ADV. NO.:    07-23

WILLIAM ARBAN
TARA ZISK ARBAN
_____ Debtors./
DOREEN ABBOTT, AS TRUSTEE OF THE
ESTATE OF WILLIAM ARBAN
TARA ZISK ARBAN
                        Plaintiff,

vs.

WILLIAM ARBAN
TARA ZISK ARBAN
_____ Defendants./

## MOTION FOR JUDGMENT BY DEFAULT

The Plaintiff, Doreen Abbott, as Trustee of the Estate of WILLIAM ARBAN and TARA ZISK

ARBAN, pursuant to Bankruptcy Rule 7012, Rule 55 of the Federal Rules of Civil Procedure, and M.D.

FLA. L.B.R. 7055-2, moves for entry of a judgment by default against the defendants, WILLIAM

ARBAN and TARA ZISK ARBAN, and as grounds therefore states that she has simultaneously filed her

Motion for Default, Affidavit in Support of the Allegations of the Complaint, and Affidavit of Non-

Military Service.

WHEREFORE, the Plaintiff respectfully requests this Court enter a judgment by default revoking

the defendants' discharge pursuant to the provisions of 11 U.S.C. §§727 (d)(3) and 727(a)(6).

Dated this 7 day of May, 2007.


I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, or
via electronic delivery after the docketing of the pleading if the recipient is a CM/ECF user, this 7 day of
May, 2007:

William Arban and Tara Zisk Arban, 3007 Ocean Drive South , Jacksonville Beach, FL 32250
Wendell Finner, 234 9th Avenue South, Jacksonville Beach, FL  32250
Office of United States Trustee (via Electronic Delivery by Court after docketing of pleading)

                                      /s/ Doreen Abbott
                                      Post Office Box 56257
                                      Jacksonville, FL  32241-6257
                                      (904) 886-9459
                                      Plaintiff/Trustee